## Andrew BROOKS v. UNITED STATES FIRE INSURANCE COMPANY.*

### No. 4343.

Court of Appeal of Louisiana. Second Circuit.

Dec. 16, 1932.

St. Clair Adams and St. Clair Adams, Jr., both of New Orleans, for appellant.

Warren Hunt, of Rayville, for appellee.

DREW, J.

In this case, for reasons assigned in the case of Andrew Brooks v. Liverpool & London & Globe Insurance Company, 144 So. 788, decided this day by this court, the judgment of the lower court is affirmed, with costs.

